IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KONJIT GIRARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 3:12-cv-4264-N (BF) |
| | § | |
| HUGHES WATTERS & ASKANASE, | § | |
| L.L.P., FREDDIE MAC, and | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated February 4, 2013, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.  Defendant's Motion to Dismiss (Doc. 6) is DENIED without prejudice as moot.

**SO ORDERED** this 11th day of March, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE